# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017-5639
Tel: (212) 490-3000   Fax: (212) 490-3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wemed.com

IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEPT 14 2005 ★

BROOKLYN OFFICE

August 18, 2005

*handwritten: Any objection by plaintiffs should be addressed at oral argument. So ordered. USDJ*

*s/John Gleeson*
*9-2-05*

**VIA ECF & EXPRESS MAIL**

Hon. John Gleeson, U.S.D.J.
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re:   *Cain et al.* v. *Bethea et al.*
          Case No.:  04 CV 3946 (JG) (CLP)

Dear Judge Gleeson:

    I am writing to request permission for American International Mortgage Bankers, Inc. ("American International") to join in the Defendants' joint motion to dismiss that will be filed in accordance with Magistrate Pollack's scheduling order, dated August 11, 2005.   American International filed its Notice of Appearance, Answer to the Amended Complaint, and Answer to Defendant Morequity's Cross-claims on August 4, 2005.  American International did not know that the opportunity to join with co-defendants in a motion to dismiss Plaintiffs' claims was still available when it filed its Answer. At the conference before Magistrate Pollack on August 11, 2005, however, American International learned that the opportunity to join in the joint motion to dismiss is still available.  As such, American International now seeks the Court's permission to join in co-defendants' joint motion to dismiss.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Edward J. Boyle (EB-4515)

R E C E I V E D
AUG 1 9 2005
CHAMBERS OF JUDGE GLEESON

2004396.1

cc:    Robert Litwick, Esq. (via fax)
       Helmut Borchet, Esq. (via fax)
       Mark Kruger, Esq. (via fax)
       Ida D'Angelo, Esq. (via fax)
       Louise M. Brown (via fax)
       Paul B. Rosen, Esq. (via fax)
       Mark D. Herman, Esq. (via fax)
       Saul A. Berkman, Esq. (via fax)
       Sarah G. Lopez, Esq. (via-email)