UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELIZABETH CAIN, et al.,

        Plaintiffs,

-against-

SHEILA BETHEA, et al.,

        Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 3946 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 23 2008 ★

An Order of Honorable John Gleeson, United States District Judge, having been having been filed on January 16, 2008, finding that Arthur Ripley is in default and that he has not complied with the Courts' Order directing him to respond to the plaintiffs' statement of damages; and directing the Clerk of Court to enter a default judgment against Arthur Ripley in the amount of $118,890.36 in treble compensatory damages($39,630.12 in compensatory damages tripled due to the RICO allegation), $15,000.00 in punitive damages, and $15,000.00 in attorney's fees, for a total judgment of $148,890.36; it is

ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiffs, Elizabeth Cain, et al., and against Arthur Ripley in the amount of $118,890.36 in treble compensatory damages ($39,630.12 in compensatory damages tripled due to the RICO allegation), $15,000.00 in punitive damages, and $15,000.00 in attorney's fees, for a total judgment of $148,890.36.

Dated: Brooklyn, New York
      January 22, 2008

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court