UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ELIZABETH CAIN, et al.,

                    Plaintiffs,

-against-

SHEILA BETHEA, et al.,

                    Defendants.
----------------------------------------------------------------X

JUDGMENT
04-CV- 3946 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 08 2009 ★
BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been filed on April 3, 2009, directing the Clerk of Court to enter judgment based on the affirmations in counsel's April 2, 2009 letter against defendant Gregory Nanton in the sum of $27,777.76, against defendant Reginald Major in the sum of $27,777.76 and against defendant Louise Brown in the sum of $13,777.76 together with interest, from December 10, 2007 until the date of entry of judgment; it is

      ORDERED and ADJUDGED that judgment is hereby entered based on the affirmations in counsel's April 2, 2009 letter against defendant Gregory Nanton in the sum of $27,777.76 with interest at 9% per annum from December 10, 2007 until the date of entry of judgment in the amount of $3,506.84, for a total award of $31,284.60; that it is further,

      ORDERED and ADJUDGED that judgment is hereby entered based on the affirmations in counsel's April 2, 2009 letter against defendant Reginald Major in the sum of $27,777.76 together with interest from 9% per annum December 10, 2007 until the date of entry of judgment in the amount of $3,506.84, for a total award of $31,284.60; and that it is further,

JUDGMENT
04-CV- 3946 (JG)

ORDERED and ADJUDGED that judgment is hereby entered based on the affirmations in counsel's April 2, 2009 letter against defendant Louise Brown in the sum of $13,777.76 together with interest at 9% per annum from December 10, 2007 until the date of entry of judgment in the amount of $1,739.40, for a total award of $15,517.16.

Dated: Brooklyn, New York
May 08, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court